# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

Ronald Tenore
_____

(List the full name(s) of the plaintiff(s)/petitioner(s).)

-against-

Gary Tenore
_____

(List the full name(s) of the defendant(s)/respondent(s).)

24 cv 09729 (___)(___)

Application for the Court to Request Pro Bono Counsel

I ask the Court to request a *pro bono* attorney to represent me in this action. In support of my application, I declare under penalty of perjury that the following information is true and correct:

1. Have you previously filed a "Request to Proceed in Forma Pauperis" (an IFP application)? Please check the appropriate box below:

   ☐ I have previously filed an IFP application in this case, and it is a true and correct representation of my current financial status.

   ☑ I have not previously filed an IFP application in this case and now attach an original IFP application showing my financial status.

   ☐ I have previously filed an IFP application in this case, but my financial status has changed. I have attached a new IFP application showing my current financial status.

2. Explain why you need an attorney in this case. (Please note that requests for pro *bono* counsel are rarely granted at the early stages of a case and usually not before the Court has issued a decision on the merits of the case.) If you asked for an attorney earlier in this case, please also explain what has changed since you last asked for an attorney.

"Your Honor, I Ronald Joseph Tenore is appearing before the court today without legal representation. An attorney is unaffordable at this time due to the factt that My siblinghave undermined to hurt me both financially, as well asI am only now receiving SSI funds and as a elf emplyed business  and due to hte pandemic 4 years ago my business failed.

I  respectfully requests the court to appoint a pro bono attorney to represent  in this case. prepared to provide documentation to verifyfinancial situation."
Important Considerations:

Rev. 3/27/14

3. Explain what steps you have taken to find an attorney and with what results. (Please identify the lawyers, law firms or legal clinics you have contacted and their responses to your requests. If you have limited access to the telephone, mail, or other communication methods, or if you otherwise have had difficulty contacting attorneys, please explain.)

I have taken many steps in trying to find a suitable pro bono atorney for quite a while.To no avail. One being the Hudson Valley legal Center in White Plains. I heve also inquired majy occasions A City Bar Project where tharely get back to me to even advise me.

4. If you need an attorney who speaks a language other than English, state what language(s) you speak: English

5. I understand that if an attorney volunteers to represent me and that attorney learns that I can afford to pay for an attorney, the attorney may give this information to the Court.

6. I understand that even if the Court grants this application, I will receive *pro bono* counsel only if an attorney volunteers to take my case and that there is no guarantee that an attorney will volunteer to represent me.

7. I understand that if my answers on this application or in my IFP application are false, my case may be dismissed.

| | |
|---|---|
| May 16th, 2025 | *Ronald Joseph Tenore* |
| Date | Signature |
| Tenore, Ronald, J | |
| Name (Last, First, MI) | Prison Identification # (if incarcerated) |
| 112A HArmon Drive | Larchmont,    NY    10538 |
| Address | City    State    Zip Code |
| 914 312 5802 | ronaldtenore@yahoo.com |
| Telephone Number | E-mail Address (if available) |

Contrary to what is said in this application, Mr. Tenore did previously file an IFP application, (ECF No. 2), and no original or new application is attached. Further, Mr. Tenore has not explained what has changed since his previous application for counsel, (ECF No. 14). In any event, the instant application is denied for the same reasons the previous application was denied. (See ECF No. 15.)

SO ORDERED.

*Cathy Seibel*   5/19/25
CATHY SEIBEL, U.S.D.J.