**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
In re:

RONALD JOSEPH TENORE,

                Debtor.
-----------------------------------------------------------------X
RONALD JOSEPH TENORE,

                Appellant,                           24 **CIVIL** 9729 (CS)

   -against-                                              **JUDGMENT**

THOMAS C. FROST,

                Appellee.
-----------------------------------------------------------------X

It is, **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Opinion & Order dated June 16, 2025, the Bankruptcy Court's December 12, 2024 Order is affirmed; accordingly, the case is closed.

**Dated:**  New York, New York
        June 17, 2025

                                                                     **TAMMI M. HELLWIG**

                                                                      **Clerk of Court**
                     **BY:**
                                                                        *K. Mango*
                                                                      **Deputy Clerk**